**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03672-DDD-KLM

JANINE NEATE,

    Plaintiff,

v.

BRON TAPES, INC., a Colorado corporation

    Defendant.

---

**STIPULATED MOTION TO DISMISS**

---

Plaintiff Janine Neate and Defendant Bron Tapes, Inc. (collectively "the parties"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-referenced civil action in its entirety, as all issues have been resolved between the parties. Each party shall bear her or its own attorney's fees and costs associated with this action.

Respectfully submitted this 19th day of May 2020.


| | |
|---|---|
| s/Jennifer M. Kinkade | s/Timothy M. Kratz |
| Charlotte N. Sweeney | Timothy M. Kratz |
| Jennifer M. Kinkade | Jonathan Geneus |
| Sweeney & Bechtold, LLC | Jackson Lewis P.C. |
| 650 S. Cherry St., Ste. 700 | 950 17th Street, Suite 2600 |
| Denver, CO 80246 | Denver, CO 80202 |
| (303) 865-3733 | (303) 876-2210 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, a true and correct copy of the foregoing was e-mailed to the following addresses:

Timothy Kratz
Jonathan Geneus
Timothy.Kratz@jacksonlewis.com
Jonathan.Geneus@jacksonlewis.com

ATTORNEYS FOR DEFENDANT
*(via CM/ECF)*

 *s/Jennifer M. Kinkade*
Jennifer M. Kinkade 